| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 7:10-CR-0919-2 (CS) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Edgardo Acevedo | DISTRICT SOUTHERN DISTRICT OF NEW YORK | | |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE Cathy Seibel | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 9/27/2019 | TO 9/26/2027 |

OFFENSE
Count 1: Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, in violation of 21 USC 846 and 21 USC 841(b)(1)(C), a Class B Felony. Count 2: Using, Carrying and Possession of a Firearm during and in Relation to a Drug Trafficking Offense, a Class A Felony, in violation of 18 USC 924(c)(1)(A)(i) and 2, a Class A Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/9/22
Date

*/s/ Cathy Seibel*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

United States District Judge